```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GLOBAL TRANSPORTE OCEANICO,

                        Plaintiff,                   08 Civ. 6387 ( DLC )

- against -                                ORDER TO UNSEAL CASE

BRYGGEN SHIPPING and TRADING A/S,

                        Defendant.
------------------------------------------------------------X

**WHEREAS,** the Court, being advised by counsel for plaintiff that it is no longer necessary to maintain this matter under seal, it is hereby

**ORDERED,** that this case is unsealed;

**IT IS FURTHER ORDERED,** that all papers filed heretofore will be posted electronically on the Court's ECF system.

Dated: New York, New York
         July 30, 2008

                                                  SO ORDERED

                                                 _____
                                                 Hon. Denise L. Cote
                                                 United States District Judge