UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL TRANSPORTE OCEANICO,<br><br>Plaintiff,<br><br>-against-<br><br>BRYGGEN SHIPPING and TRADING A/S,<br><br>Defendant. | 08 Civ. 6387<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD.

Please enter my appearance in accordance with Rule E(8) of the Federal Rules of Civil Procedure Supplemental Rules for Admiralty or Maritime Claims as counsel for Bryggen Shipping and Trading A/S. I certify that I am admitted to practice before this Honorable Court.

Dated: New York, New York
July 30, 2008

HOLLAND & KNIGHT LLP

By: _____
Christopher R. Nolan

195 Broadway
New York, New York  10007-3189
(212) 513-3200

*Attorneys for Defendant*
*Bryggen Shipping and Trading A/S*

# 5509053_v1