UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL TRANSPORTE OCEANICO,<br><br>Plaintiff,<br><br>-against-<br><br>BRYGGEN SHIPPING and TRADING A/S,<br><br>Defendant. | 08 Civ. 6387 (DLC)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Bryggen Shipping and Trading A/S, certifies that there are no corporate parents, or related companies, which are publicly held in the United States.

Dated: July 31, 2008

                                  HOLLAND & KNIGHT LLP

By: _____
Christopher R. Nolan
195 Broadway
New York, New York 10007
Telephone: (212) 513-3200
Telefax: (212) 385-9010 fax
E-mail: christopher.nolan@hklaw.com
*Attorneys for Defendant Bryggen Shipping and Trading A/S*

# 5511187_v1