DeOrchis & Partners, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GLOBAL TRANSPORTE OCEANICO,

                        Plaintiff,        08 Civ.    ( )

   - against -                         RULE 7.1 STATEMENT

BRYGGEN SHIPPING and TRADING A/S,

                        Defendant.
------------------------------------------------------------X

'08 CIV 6387

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff, certifies that GLOBAL TRANSPORTE OCEANICO, is a private (non-governmental) entity, which is not owned by corporate parents or publicly held corporations.

Dated: New York, New York
       July 15, 2008

                                        DeOrchis & Partners, LLP
                                        *Attorneys for Plaintiff*

                                        By: _____
                                        John A. Orzel, Esq. (JO-2420)
                                        61 Broadway, 26th Floor
                                        New York, New York 10006-2802
                                        (212) 344-7400