UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GLOBAL TRANSPORTE OCEANICO,

                Plaintiff,        08 Civ.    (   )

- against -                    **ORDER TEMPORARILY SEALING COURT FILE**

BRYGGEN SHIPPING and TRADING A/S,

                Defendant.
------------------------------------------------------------X

    An application having been made by counsel for plaintiff for an Order Temporarily Sealing the Court File:

    NOW, upon reading the Affidavit of John A. Orzel, sworn to on July 15, 2008, and good cause having been shown, it is hereby

    **ORDERED**, that all documents, including, but not limited to, the Complaint and other pleadings, Orders and/or Writs filed and/or issued in this case be filed under seal, and the Court file be maintained under seal until further notice of this Court or notification to the Clerk that the defendant's property has been attached.  The Clerk of the Court may have access to the sealed file to implement or insure compliance with Orders issued herein.

Dated:  New York, New York
          July 16, 2008

                                                      _____
                                                          U.S.D.J.