UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GLOBAL TRANSPORTE OCEANICO,

                        Plaintiff,        08 Civ. 6387 ( )

- against -                      ORDER APPOINTING SPECIAL
                                                        PROCESS SERVER

BRYGGEN SHIPPING and TRADING A/S,

                        Defendant.
-----------------------------------------------------------------X

      An application having been made by counsel for plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

      NOW, good cause having been shown, it is hereby

      **ORDERED**, that John A. Orzel, or any partner, associate, agent or paralegal of DeOrchis & Partners, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure upon any garnishee(s) who may hold assets for, or on account of, Defendant~~, and the Order of Maritime Attachment and Information Subpoena may be served by way of facsimile transmission as provided by the *Ex Parte* Order for Process of Maritime Attachment.~~

Dated: New York, New York
       July 16, 2008

                                                _____
                                                     U.S.D.J.