JUDGE COTE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GLOBAL TRANSPORTE OCEANICO,

                          Plaintiff,

- against -

BRYGGEN SHIPPING and TRADING A/S,

                          Defendant.
------------------------------------------------------------X

08 CIV 6387

08 Civ.        (    )

*EX PARTE* ORDER FOR PROCESS
OF MARITIME ATTACHMENT
AGAINST BRYGGEN SHIPPING
and TRADING A/S.

WHEREAS, on July 16, 2008 plaintiff GLOBAL TRANSPORTE OCEANICO, ("Global"), filed a Verified Complaint herein seeking damages amounting to US$874,728.95 inclusive of interest, costs and reasonable attorney's fees, and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

WHEREAS, the Process of Maritime Attachment and Garnishment would command that the United States Marshal or other designated process server attach any and all of the Defendant's property within the District of this Court; and

WHEREAS, the Court has reviewed the Verified Complaint and the Supporting Affidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby

ORDERED, that Process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property belonging to, claimed by or being held for the defendant BRYGGEN SHIPPING and TRADING A/S, ("Bryggen"), by any garnishees within this

District, including but not limited to, ABN Amro, American Express Bank, Atlantic Bank of New York, Bank of America, Bank of China, Barclay's Bank, BNP Paribas, Citibank, Deutsche Bank Trust Co., DNB Nor Bank ASA, HSBC Bank NA, JP Morgan Chase Bank, The Bank of New York, Standard Chartered Bank, Societe Generale and/or Wachovia Bank, in an amount up to and including US$874,728.95 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

**ORDERED**, that any person claiming interest in the property attached or garnished pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED**, that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED**, that following initial service by the United Stated Marshal or other designated process server upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may [*with the consent of the garnishee*] be made by way of facsimile transmission or alternative electronic means; and it is further

**ORDERED**, that service on any garnishee as described above is [*with the consent of the garnishee*] deemed effective continuous service throughout the remainder of the day upon which service is made commencing from the time of such service and such service to be further deemed effective and continuous through the end of the next business day, provided that another service is made that day; and it is further

**ORDERED**, that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) service following the initial personal service upon each garnishee may be effected by facsimile or e-mail, if such form of additional service is acceptable to the garnishees; and it is further

**ORDERED**, that a copy of this Order be attached to and served with said Process of Maritime Attachment and Garnishment.

Dated: July ____, 2008

SO ORDERED:

_____
U.S.D.J

This Order of attachment shall expire on August 15, 2008, at which time the Clerk of Court shall unseal all papers filed in this case to the extent they remain under seal as of that date.

*Denise Cote*
July 14, 2008

CERTIFIED AS A TRUE COPY ON
THIS DATE 07.16.08
BY _____
( ) Clerk
( ) Deputy

3